Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ District of __Delaware__
                              (State)
Case number (If known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Sundance Holdings Group, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Sundance Living

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   2 0 - 1 1 3 0 3 5 9
   EIN

5. **Debtor's address**

   **Principal place of business**

   3865 West 2400 South
   Number    Street

   Salt Lake City      UT    84120
   City                State  ZIP Code

   Salt Lake County
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City    State    ZIP Code

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 1

Debtor  **Sundance Holdings Group, LLC**  Case number (if known) _____
        Name

| 6. Debtor's website (URL) | https://www.sundanceliving.com/ |

| 7. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other type of debtor. Specify: _____ |

| 8. Type of debtor's business | Check one: |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the types of business listed. |
| | ☐ Unknown type of business. |

| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☑ No |
| | ☐ Yes. Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ |
| | MM / DD / YYYY |
| | Debtor _____ Relationship _____ |
| | District _____ Date filed _____ Case number, if known _____ |
| | MM / DD / YYYY |

### Part 3: Report About the Case

| 10. Venue | Check one: |
| | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | *At least one box must be checked:* |
| | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | ☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☐ No |
| | ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor    **Sundance Holdings Group, LLC**    Case number *(if known)*_____
         Name

**13. Each petitioner's claim**

| Name of Petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kyra Kreations Inc. | Goods sold | $1,473,868.95 |
| Volo Fin Pte. Ltd. | Goods sold (factor claim) | $ 544,281.70 |
| Aalamwaar Inc. | Goods sold | $ 88,044.00 |
| Malani Impex Inc. | Goods sold | $ 23,661.00 |
| Fashion Avant Garde Designs Pvt. Ltd. | Goods sold | $ 430,887.50 |
| | Total of petitioners' claims: | $ 2,560,743.15 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**    **Attorneys**

**Name and mailing address of petitioner**

Volo Fin Pte. Ltd.
Name

20 Cecil St, #05-03 Plus
Number    Street

_____ Singapore  049705
City                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Roshan Shah
Name

20 Cecil St, #05-03 Plus
Number    Street

_____ Singapore  049705
City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 30 / 2025
             MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title    Director

Zachary E. Mazur        Maria Aprile Sawczuk
Printed name

Sarachek Law Firm       Goldstein & McClintock LLLP
Firm name, if any

670 White Plains Rd. Fl PH    501 Silverside Road, Suite 65
Number    Street

Scarsdale, NY 10583     Wilmington, DE 19809
City                     State    ZIP Code

Contact phone  646-519-4396   Email zachary@saracheklawfirm.com
               302-444-6710         marias@goldmclaw.com

Bar number     5706726 (NY)         3320(DE)

State          NY/DE

X _[signatures]_
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor    Sundance Holdings Group, LLC          Case number (if known)_____
          Name

**Name and mailing address of petitioner**

Kyra Kreations Inc.
Name

260 West 39th Street Ste 702, 7th Floor
Number   Street

New York                NY              10018
City                    State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

Amita Naithani
Name

260 West 39th Street Ste 702, 7th Floor
Number   Street

New York                NY              10018
City                    State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2025
             MM / DD /YYYY

✘ CEO

Signature of petitioner or representative, including representative's title

---

Zachary E. Mazur              Maria Aprile Sawczuk
Printed name

Sarachek Law Firm             Goldstein & McClintock LLLP
Firm name, if any

670 White Plains Rd. Fl PH    501 Silverside Road, Suite 65
Number   Street

Scarsdale, NY 10583           Wilmington, DE 19809
City                          State           ZIP Code

Contact phone  646-519-4396   Email  zachary@saracheklawfirm.com
               ~~302-444-6710~~       marias@goldmclaw.com

Bar number     5706726 (NY)           3320(DE)

State          NY/DE

✘ _____

Signature of attorney

Date signed  _____
             MM / DD /YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City           State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD /YYYY

✘ _____

Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City           State      ZIP Code

Contact phone  _____   Email  _____

Bar number     _____

State          _____

✘ _____

Signature of attorney

Date signed  _____
             MM / DD /YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor  Sundance Holdings Group, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Aalamwaar Inc (dba Alamwar)
Name

3312 W Chartwell Road
Number  Street

Peoria                         IL          61614
City                           State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Vijaylakshmi Reddy
Name

3312 W Chartwell Road
Number  Street

Peoria                         IL          61614
City                           State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X *Vijaylakshmi Reddy*
Signature of petitioner or representative, including representative's title

Printed name: Zachary E. Mazur | Maria Aprile Sawczuk

Firm name, if any: Sarachek Law Firm | Goldstein & McClintock LLLP

Number Street: 670 White Plains Rd. Fl PH 5 | 01 Silverside Road, Suite 65

City State ZIP Code: Scarsdale, NY 10583 | Wilmington, DE 19809

Contact phone: 646-519-4396 / 302-444-6710
Email: zachary@sarachekawfirm.com / marias@goldmclaw.com

Bar number: 5706726 (NY)  3320(DE)

State: NY/DE

X _(signatures)_
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____
Number Street _____
City State ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____
Number Street _____
City State ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X *Vijaylakshmi Reddy*
Signature of petitioner or representative, including representative's title

Printed name _____
Firm name, if any _____
Number Street _____
City State ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  Sundance Holdings Group, LLC  
Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: Malani Impex Inc.

Number Street: E -192, RIICO Industrial Area

City: Mansarovar, Jaipur   State: Rajasthan   ZIP Code: 302020

### Name and mailing address of petitioner's representative, if any

Name: Anshul Dosi

Number Street: E -192, RIICO Industrial Area

City: Mansarovar, Jaipur   State: Rajasthan   ZIP Code: 302020

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/30/2025

X _Anshul_ [signature]  
Signature of petitioner or representative, including representative's title

---

Printed name: Zachary E. Mazur | Maria Aprile Sawczuk

Firm name, if any: Sarachek Law Firm | Goldstein & McClintock LLLP

Number Street: 670 White Plains Rd. Fl PH | 501 Silverside Road, Suite 65

City, State, ZIP: Scarsdale, NY 10583 | Wilmington, DE 19809

Contact phone: 646-519-4396 | 302-444-6710

Email: zachary@sarachecklawfirm.com | marias@goldmclaw.com

Bar number: 5706726 (NY) | 3320(DE)

State: NY/DE

X [signatures]  
Signature of attorney

Date signed: ___/___/_____

---

### Name and mailing address of petitioner

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____

X _____  
Signature of petitioner or representative, including representative's title

---

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

Contact phone: _____  Email: _____

Bar number: _____

State: _____

X _____  
Signature of attorney

Date signed: ___/___/_____

Debtor  Sundance Holdings Group, LLC                                Case number (if known) _____

**Name and mailing address of petitioner**

Fashion Avant Garde Designs Pvt. Ltd.
Name

Sector 57 Road, Block B-36
Number  Street

Noida, UP        India        201301
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Natalino Duo
Name

Sector 57 Road, Block B-36
Number  Street

Noida, UP        India        201301
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/30/2025
            MM / DD / YYYY

X _____ Du  • DIRECTOR
Signature of petitioner or representative, including representative's title

| | Zachary E. Mazur | Maria Aprile Sawczuk |
|---|---|---|
| Printed name | | |
| Firm name, if any | Sarachek Law Firm | Goldstein & McClintock LLLP |
| Number Street | 670 White Plains Rd. Fl PH | 501 Silverside Road, Suite 65 |
| City State ZIP Code | Scarsdale, NY 10583 | Wilmington, DE 19809 |
| Contact phone / Email | 646-519-4398 / zachary@sarscheklawfirm.com  302-444-6710 / marias@goldmclaw.com | |
| Bar number | 5706726 (NY) | 3320 (DE) |
| State | NY/DE | |

X _____
Signature of attorney

Date signed  MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name
Number  Street
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name
Number  Street
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name
Firm name, if any
Number  Street
City     State     ZIP Code
Contact phone _____  Email _____
Bar number
State

X _____
Signature of attorney

Date signed  MM / DD / YYYY