B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District Of <u>Delaware</u>

In re   <u>Sundance Holdings Group, LLC,</u>         )         Case <u>No. 25-11274 (KBO)</u>
        Debtor*                                                                          )
                                                )         Chapter   <u>7</u>
                                                )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

      A petition under title 11, United States Code, was filed against you in this bankruptcy court on <u>7/2/2025</u> (date), requesting an order for relief under chapter <u>7</u> of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the clerk:      United States Bankruptcy Court
                                            District of Delaware
                                            824 Market Street, 3rd Floor
                                            Wilmington, DE 19801

At the same time, you must also serve a copy of your motion or answer on the petitioner's attorney.

      Name and Address of Petitioner's Attorney:   Maria Aprile Sawczuk, Esq.
                                                                   Goldstein & McClintock LLLP
                                                                   501 Silverside Road, Suite 65
                                                                   Wilmington, DE 19809
                                                                   marias@goldmclaw.com
                                                                   (302) 444-6710

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                   _____(Clerk of the Bankruptcy Court)

Date: <u>7/3/2025</u>       By: _____(Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, <u>Maria Aprile Sawczuk</u> (name), certify that on <u>July 3, 2025</u> (date), I served this summons and a copy of the involuntary petition on <u>Sundance Holdings Group, LLC</u> (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

**<u>VIA U.S. MAIL, POSTAGE PREPAID:</u>**

Sundance Holdings Group, LLC
3865 West 2400 South
Salt Lake City, UT 84120

Sundance Holdings Group, LLC c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>July 3, 2025</u>     Signature <u>*/s/ Maria Aprile Sawczuk*</u>

    Print Name:     <u>Maria Aprile Sawczuk</u>

    Business Address:     <u>501 Silverside Road, Suite 65</u>

                                             <u>Wilmington, DE 19809</u>