# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Sundance Holdings Group, LLC

**Case No.:** 25−11274−KBO

**Chapter:** 7

### NOTICE REGARDING SUMMONS IN INVOLUNTARY CASE

On 7/2/25, petitioning creditors filed a petition under Chapter 7 of Title 11 of the United States Code against the above−named alleged debtor. Upon filing the petition, the petitioning creditors did not present a summons to the Clerk for signature and seal [F.R.Civ.P. 4(b), F.R.Bank.P.1010, 7004(a)].

A summons and certificate of service (Official Form B2500E) may be obtained from the Clerk's Office or from the "Forms" section of the Court's website (www.deb.uscourts.gov). The summons may be presented to the Clerk for signature and seal at the following address:

> United States Bankruptcy Court  
> District of Delaware  
> 824 Market Street, 3rd Floor  
> Wilmington, DE 19801

Once the summons has been signed and sealed by the Clerk and issued to the petitioning creditors, it must be served with a copy of the petition within 14 days of the issuance [F.R.Bank.P.1010, 7004(e)]. **After service has been made, a certificate of service must be filed with the Court within 7 days.**

If service of the summons and the petition is not made by the petitioning creditors upon the alleged debtor within 90 days of the filing of the petition, the court may dismiss this case [F.R.Civ.P. 4(m) made applicable by F.R.Bank.P. 7004 (a)].

Date: 7/2/25

Stephen L Grant, Clerk of Court

(VAN−413)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 25-11274-KBO |
| Sundance Holdings Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: van413 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Zachary E. Mazur, The Sarachek Law Firm, 670 White Plains Road, Penthouse Suite, Scarsdale, NY 10583-5024 |
| ptcrd | + | Aalamwaar Inc., Vijaylakshmi Reddy, 3312 W. Chartwell Road, Peoria, IL 61614-2322 |
| ptcrd | | Fashion Avant Garde Designs Pvt. Ltd., Sector 57 Road, Block B-36, Nolda, UP 201301, INDIA |
| ptcrd | + | Kyra Kreations Inc., Amita Naithani, 260 West 39th Street, 7th Floor, New York, NY 10018-0368 |
| ptcrd | | Malani Impex Inc., E-192 RIICO Industrial Area, Mansarovarm Jaipur Rajas, 302020, INDIA |
| adb | + | Sundance Holdings Group, LLC, 3865 West 2400 South, Salt Lake City, UT 84120-7212 |
| ptcrd | | Volo Fin Pte. Ltd., 20 Cecil St., #05-03 Plus, Singapore, 049705, SINGAPORE |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 04, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria Aprile Sawczuk | |
| | on behalf of Petitioning Creditor Aalamwaar Inc. marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | |
| | on behalf of Petitioning Creditor Fashion Avant Garde Designs Pvt. Ltd. marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | |
| | on behalf of Petitioning Creditor Kyra Kreations Inc. marias@goldmclaw.com marias@ecf.courtdrive.com |
| Maria Aprile Sawczuk | |

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: van413 | Total Noticed: 7 |

Maria Aprile Sawczuk     on behalf of Petitioning Creditor Malani Impex Inc. marias@goldmclaw.com  marias@ecf.courtdrive.com

on behalf of Petitioning Creditor Volo Fin Pte. Ltd. marias@goldmclaw.com  marias@ecf.courtdrive.com

U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 6