IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**SUNDANCE HOLDINGS GROUP LLC,**<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 25-11274 (KBO) |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, the attorneys set forth below hereby appear on behalf of Corbin Liquidation LLC, assignee (the "Assignee") for the benefit of creditors of Sundance Holdings Group L.L.C., the alleged debtor, and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

**PERKINS COIE LLP**
Paul S. Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105-3204
Telephone:    (415) 344-7000
Email:            pjasper@perkinscoie.com

**PERKINS COIE LLP**
Rebecca J. Marston
110 North Wacker Drive
Suite 3400
Chicago, IL 60606-1511
Telephone:    (312) 263-3554
Email:            rmarston@perkinscoie.com

**PERKINS COIE LLP**
Tina N. Moss
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone:    (212) 262-6910
Email:            tmoss@perkinscoie.com

**RICHARDS, LAYTON & FINGER, P.A.**
Russell C. Silberglied (No. 3462)
Clint M. Carlisle (No. 7313)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N.  King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:            silberglied@rlf.com
                      carlisle@rlf.com
                      franchi@rlf.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of financial affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the Debtors, property of the Debtors, or property of the estates.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice shall not be deemed or construed to be a (i) consent to the jurisdiction and/or venue of the Bankruptcy Court, or (ii) a waiver of any rights of the Assignee (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which the Assignee is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Assignee expressly reserves.

RLF1 33256194v.2

Dated: July 9, 2025
      Wilmington, Delaware

/s/ *Russell C. Silberglied*
**RICHARDS, LAYTON & FINGER, P.A.**
Russell C. Silberglied (No. 3462)
Clint M. Carlisle (No. 7313)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         silberglied@rlf.com
               carlisle@rlf.com
               franchi@rlf.com

**PERKINS COIE LLP**
Paul S. Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105-3204
Telephone:    (415) 344-7000
Email:        pjasper@perkinscoie.com

Tina N. Moss
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone:    (212) 262-6910
Email:        tmoss@perkinscoie.com

Rebecca J. Marston
110 North Wacker Drive
Suite 3400
Chicago, IL 60606-1511
Telephone:    (312) 263-3554
Email:        rmarston@perkinscoie.com

*Co-Counsel to Corbin Liquidation LLC*