IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SUNDANCE HOLDINGS GROUP LLC, | ) | Case No. 25-11274 (KBO) |
| | ) | |
| Alleged Debtor. | ) | **Related to Docket No. 26** |
| | ) | |

**ORDER DENYING THE MOTION OF PETITIONING
CREDITORS FOR APPOINTMENT OF AN INTERIM
<u>TRUSTEE AND CERTAIN RELATED RELIEF</u>**

  For the reasons stated on the record at the hearing held in the above-captioned case on July 14, 2025, the relief requested in the *Motion of Petitioning Creditors for Appointment of an Interim Trustee and Certain Related Relief* [D.I. 26] is **DENIED.**

Dated: July 14, 2025
Wilmington, DE

                    Karen B. Owens
                    Chief Judge