# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 7 |
| **SUNDANCE HOLDINGS GROUP LLC,** | Case No. 25-11274 (KBO) |
| **Alleged Debtor.** | Re: Docket No. 69 |

### ORDER APPROVING STIPULATION BY AND BETWEEN THE PETITIONERS, THE ASSIGNEE, AND THE AGENT EXTENDING THE DEADLINE TO RESPOND TO THE PETITION

The Court having considered the *Stipulation by and Between the Petitioners, the Assignee, and the Agent Extending the Deadline to Respond to the Petition* (the "**Stipulation**"),[1] made by and between the Petitioners, the Assignee, and the Agent, and the Court having determined that good and adequate cause exists to approve the Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation, a copy of which is attached hereto as **Exhibit A**, is approved in its entirety.

2. This Order shall be effective and enforceable immediately upon its entry.

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Stipulation.

RLF1 33618151v.1

2

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this Order.

|  |  |
|---|---|
| Dated: September 3rd, 2025<br>Wilmington, Delaware | *Ka B. O*<br>**KAREN B. OWENS**<br>**CHIEF JUDGE** |