**Exhibit A**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**<br><br>**SUNDANCE HOLDINGS GROUP LLC,**<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 25-11274 (KBO) |

**STIPULATION BY AND BETWEEN THE PETITIONERS,
THE ASSIGNEE, AND THE AGENT EXTENDING THE
DEADLINE TO RESPOND TO THE PETITION**

This stipulation (the "**Stipulation**") is made and entered into as of September 2, 2025 (the "**Agreement Date**"), by and between Aalamwaar Inc. ("**Aalamwaar**"), Fashion Avant Garde Designs Pvt. Ltd. ("**Avant Garde**"), Kyra Kreations Inc. ("**Kyra**"), Malani Impex Inc. ("**Malani**"), and Volo Fin Pte. Ltd. ("**Volo Fin**," together with Aalamwaar, Avant Garde, Kyra, and Malani, the "**Petitioners**"); Corbin Liquidation LLC (the "**Assignee**") for the benefit of creditors of Sundance Holdings Group LLC (the "**Alleged Debtor**"); and Kayne Senior Credit III Loanco, LLC, as administrative agent (in such capacity, the "**Agent**") under that certain Credit Agreement and Limited Consent, dated as of August 8, 2018 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time) by and through their undersigned counsel, who hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS,** on July 2, 2025, Petitioners filed in the United States Bankruptcy Court for the District of Delaware (the "**Court**") an involuntary Chapter 7 petition under title 11 of the United States Code (the "**Bankruptcy Code**") against the Alleged Debtor (the "**Petition**") [Docket No. 1];

**WHEREAS,** on July 7, 2025, Petitioners served a *Summons to Debtor in Involuntary Case* (the "**Summons**") [Docket No. 13];

**WHEREAS,** certain parties have 21 days from the service of the Summons to respond to the Petition;

**WHEREAS,** on July 24, 2025, the Court entered an *Order Approving Stipulation by and Between the Petitioners, the Assignee, and the Agent Extending the Deadline to Respond to the Petition* [D.I. 60] to August 11, 2025 at 4:00 p.m. (ET);

**WHEREAS,** on August 5, 2025, the Court entered an *Order Approving Stipulation by and Between the Petitioners, the Assignee, and the Agent Extending the Deadline to Respond to the Petition* [D.I. 63] to August 25, 2025 at 4:00 p.m. (ET);

**WHEREAS,** on August 19, 2025, the Court entered an *Order Approving Stipulation by and Between the Petitioners, the Assignee, and the Agent Extending the Deadline to Respond to the Petition* [D.I. 67] to September 8, 2025 at 4:00 p.m. (ET);

**WHEREAS,** the Petitioners, the Assignee, and the Agent (collectively, the "**Parties**") have agreed on the terms described herein;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between and among the Parties as follows:

1. This Stipulation shall be binding and enforceable upon the Agreement Date.

2. The recitals set forth above are incorporated by reference as though set forth herein at length.

3. Pursuant to section 1011(b) of the Bankruptcy Code, "[a] defense or objection to the petition . . . must be filed and served within 21 days after the summons is served." 11 U.S.C. § 1011(b). However, pursuant to this Stipulation, the Parties have agreed that the deadline to respond to the Petition is hereby further extended to **September 22, 2025 at 4:00 p.m. (ET)**.

4. Each of the Parties hereto represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

5. This Stipulation and all the provisions hereof shall be binding upon and shall inure to the benefit of the Parties and each of their respective executors, heirs, successors, and assigns.

6. This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof, and supersedes any prior agreements and understandings, both written and oral, thereof.

7. The Court shall retain jurisdiction with respect to all disputes or controversies arising from or related to this Stipulation.

8. This Stipulation may be executed by the Parties in separate counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument. This Stipulation may be executed by exchange of facsimile or electronic signatures (in PDF or comparable format), which shall be deemed original signatures.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Clint M. Carlisle* | */s/ Andrew L. Magaziner* |
| **RICHARDS, LAYTON & FINGER, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| Russell C. Silberglied (No. 3462) | Andrew L. Magaziner (No. 5426) |
| Clint M. Carlisle (No. 7313) | Rodney Square 1000 |
| Nicholas A. Franchi (No. 7401) | North King Street |
| One Rodney Square | Wilmington, Delaware 19801 |
| 920 N. King Street | Telephone: (302) 571-6600 |
| Wilmington, Delaware 19801 | Email: amagaziner@ycst.com |
| Telephone: (302) 651-7700 | |
| Facsimile: (302) 651-7701 | |
| Email: silberglied@rlf.com | |
| carlisle@rlf.com | |
| franchi@rlf.com | |
| | |
| and | and |
| | |
| **PERKINS COIE LLP** | **WINSTON & STRAWN LLP** |
| Paul S. Jasper (admitted *pro hac vice*) | Gregory M. Gartland (admitted pro hac vice) |
| 505 Howard Street | 35 W. Wacker Drive |
| Suite 1000 | Chicago, IL 60601 |
| San Francisco, CA 94105-3204 | Telephone: (312) 558-5600 |
| Telephone: (415) 344-7000 | Email: ggartland@winston.com |
| Email: pjasper@perkinscoie.com | |
| | |
| and | and |
| | |
| Tina N. Moss (admitted *pro hac vice*) | Carey D. Schreiber (admitted pro hac vice) |
| 1155 Avenue of the Americas | Emma Fleming (pro hac vice requested) |
| 22nd Floor | 200 Park Avenue |
| New York, NY 10036-2711 | New York, NY 10166 |
| Telephone: (212) 262-6910 | Telephone: (212) 294-6700 |
| Email: tmoss@perkinscoie.com | Email: cschreiber@winston.com |
| | |
| *Co-Counsel to Corbin Liquidation LLC* | *Counsel to Kayne Senior Credit III Loanco, LLC* |

2

/s/ Maria Aprile Sawczuk
**GOLDSTEIN & MCCLINTOCK LLLP**
Maria Aprile Sawczuk (DE Bar No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: 302-444-6710
Email: marias@goldmclaw.com

and

**SARACHEK LAW FIRM**
Zachary E. Mazur (admitted pro hac vice)
670 White Plains Road #PH
Scarsdale, New York 10583
Telephone: (646) 517-5420 ext: 106
Email: zachary@saracheklawfirm.com

*Counsel to Petitioning Creditors*

2