IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** <br><br> **SUNDANCE HOLDINGS GROUP LLC,** <br><br> **Alleged Debtor.** | Chapter 7 <br><br> Case No. 25-11274 (KBO) <br><br> Hearing Date: October 14, 2025 at 1:00 p.m. (ET) <br> Objection Deadline: October 7, 2025 at 4:00 p.m. (ET) |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on September 22, 2025, Aalamwaar Inc. ("Aalamwaar"), Fashion Avant Garde Designs Pvt. Ltd. ("Avant Garde"), Kyra Kreations Inc. ("Kyra"), Malani Impex Inc. ("Malani"), and Volo Fin Pte. Ltd. ("Volo Fin," together with Aalamwaar, Avant Garde, Kyra, and Malani, the "Petitioning Creditors"); Corbin Liquidation LLC (the "Assignee") in its capacity as the assignee for the benefit of creditors of Sundance Holdings Group LLC (the "Alleged Debtor"); and Kayne Senior Credit III Loanco, LLC, as administrative agent (in such capacity, the "Agent") under that certain Credit Agreement and Limited Consent, dated as of August 8, 2018 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time) filed the *Joint Motion Approving the Stipulation by and Between the Petitioners, the Assignee, and the Senior Secured Creditors to Dismiss Involuntary Bankruptcy Proceeding* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **October 7, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Karen B.

Owens, Chief Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 on **October 14, 2025 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 22, 2025
Wilmington, Delaware

| */s/ Russell C. Silberglied* | */s/ Andrew L. Magaziner* |
|---|---|

**RICHARDS, LAYTON & FINGER, P.A.**
Russell C. Silberglied (No. 3462)
Clint M. Carlisle (No. 7313)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: silberglied@rlf.com
carlisle@rlf.com
franchi@rlf.com

and

**PERKINS COIE LLP**
Paul S. Jasper (admitted *pro hac vice*)
505 Howard Street
Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Email: pjasper@perkinscoie.com

and

Tina N. Moss (admitted *pro hac vice*)
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6910
Email: tmoss@perkinscoie.com

*Co-Counsel to Corbin Liquidation LLC*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Rodney Square 1000
North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com

and

**WINSTON & STRAWN LLP**
Gregory M. Gartland (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Email: ggartland@winston.com

and

Carey D. Schreiber (admitted *pro hac vice*)
Emma Fleming (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Email: cschreiber@winston.com
Email: efleming@winston.com

*Counsel to Kayne Senior Credit III Loanco, LLC*

*/s/ Maria Aprile Sawczuk*
**GOLDSTEIN & MCCLINTOCK LLLP**
Maria Aprile Sawczuk (DE Bar No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: 302-444-6710
Email: marias@goldmclaw.com

and

**SARACHEK LAW FIRM**
Zachary E. Mazur (admitted pro hac vice)
670 White Plains Road #PH
Scarsdale, New York 10583
Telephone: (646) 517-5420 ext: 106
Email: zachary@sarscheklawfirm.com

*Counsel to Petitioning Creditors*