Ana Maria Travé
TRG International LLC (also known as Pearl & Caviar)
19 Spinnaker Way
Coronado, CA 92118-3265
Email: info@pearlandcaviarusmx.com
Phone: (619) 952-3543

October 6, 2025

Honorable Bankruptcy Judge
United States Bankruptcy Court
District of Utah
350 S Main Street, Room 301
Salt Lake City, UT 84101

Re: Withdrawal of Objection to Dismissal
Case Name: In re Sundance Holdings Group, LLC
Case Number: 25-11274 KBO

Dear Judge,

I am writing to respectfully withdraw my previously filed objection to the motion to dismiss the above-captioned Chapter 11 bankruptcy case. Upon further consideration and in light of developments in this matter, I no longer wish to pursue the objection at this time.

Please consider this letter formal notice that Ana Maria Travé, creditor and owner of TRG International LLC (also known as Pearl & Caviar), hereby withdraws the objection to the Motion to Dismiss Case filed by the Debtor or other parties in this proceeding.

Should you require any further clarification or documentation, I remain available and willing to cooperate as needed.

Thank you for your attention.

Respectfully,
Ana Maria Travé
TRG International LLC

Creditor