# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**SUNDANCE HOLDINGS GROUP LLC,**<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 25-11274 (KBO)<br><br>Re: Docket No. 78 |

### ORDER GRANTING STIPULATION AND DISMISSING THE INVOLUNTARY PETITION

Upon consideration of the *Joint Motion Approving the Stipulation by and Between the Petitioners, the Assignee, and the Senior Secured Creditors to Dismiss Involuntary Bankruptcy Proceeding* (the "Motion")[1] requesting approval of the Stipulation and an order dismissing the Involuntary Petition; and due, sufficient, and proper notice of the Motion having been provided under the circumstances; and it appearing that no other or further notice need be provided; and a hearing, if any, having been held to consider the relief requested in the Motion and this Court after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The above-captioned involuntary chapter 7 case is DISMISSED with prejudice effective as of the date of this Order.

3. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

---

[1] Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Motion.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Exhibit B**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** <br><br> **SUNDANCE HOLDINGS GROUP LLC,** <br><br> **Alleged Debtor.** | Chapter 7 <br><br> Case No. 25-11274 (KBO) |

**STIPULATION BY AND BETWEEN THE PETITIONERS,
THE ASSIGNEE, AND THE SENIOR SECURED CREDITORS TO
DISMISS INVOLUNTARY BANKRUPCY PROCEEDING**

This stipulation (the "**Stipulation**") is made and entered into as of September 22, 2025 (the "**Agreement Date**"), by and between Aalamwaar Inc. ("**Aalamwaar**"), Fashion Avant Garde Designs Pvt. Ltd. ("**Avant Garde**"), Kyra Kreations Inc. ("**Kyra**"), Malani Impex Inc. ("**Malani**"), and Volo Fin Pte. Ltd. ("**Volo Fin**," together with Aalamwaar, Avant Garde, Kyra, and Malani, the "**Petitioners**"); Corbin Liquidation LLC (the "**Assignee**"), in its capacity as the assignee for the benefit of creditors of Sundance Holdings Group LLC (the "**Alleged Debtor**"); and Kayne Senior Credit III Loanco, LLC, as administrative agent on behalf of the Senior Secured Creditors (as defined thereunder) (in such capacity, the "**Agent**", and together with the Petitioners and the Assignee, the "**Parties**") under that certain Credit Agreement and Limited Consent, dated as of August 8, 2018 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time), by and through their undersigned counsel, who hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS,** on June 25, 2025, the Alleged Debtor entered into a general assignment for the benefit of creditors (the "Assignment") with the Assignee pursuant to Section 493.010 of the California Code of Civil Procedure ("CCP").

**WHEREAS,** on July 2, 2025, the Petitioners filed an involuntary Chapter 7 petition under title 11 of the United States Code (the "**Bankruptcy Code**") against the Alleged Debtor (the "**Petition**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**") [Docket No. 1];

**WHEREAS,** on July 7, 2025, Petitioners served a *Summons to Debtor in Involuntary Case* (the "**Summons**") [Docket No. 13];

**WHEREAS**, on July 9, 2025, the Assignee filed an emergency motion seeking relief from the turnover requirements of section 543(d)(1) of the Bankruptcy Code [Docket No. 21];

**WHEREAS**, on July 10, 2025, the Petitioning Creditors filed an emergency motion seeking appointment of an interim trustee under section 303(g) of the Bankruptcy Code [Docket No. 26];

**WHEREAS**, on July 14, 2025, the Bankruptcy Court entered an Order denying the Petitioning Creditors' request for the appointment of an interim trustee under section 303(g) of the Bankruptcy Code [Docket No. 53];

**WHEREAS**, on July 15, 2025, the Bankruptcy Court entered an Order granting the Assignee relief from the turnover requirements of section 543(d)(1) of the Bankruptcy Code [Docket No. 56];

**WHEREAS**, the Parties have agreed to extend the Assignee's time to respond to the Involuntary Petition to September 22, 2025;

**WHEREAS**, the Parties have reached an agreement to settle their disputes relating to the Involuntary Petition without the need for additional litigation;

**WHEREAS,** the Petitioners, the Assignee on behalf of the Alleged Debtor (pursuant to the power of attorney granted to by the Assignment), and the Agent on behalf of the Senior Secured Creditors have agreed to dismissal of the Petition pursuant to section 303(j)(2) of the Bankruptcy Code on the terms described herein;

**WHEREAS,** the Assignee, in its own capacity, and on behalf of the Alleged Debtor shall not seek and hereby waives any judgment against the Petitioners under section 303(i) of the Bankruptcy Code;

**WHEREAS**, each of the Parties hereto represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between and among the Parties as follows:

1. The recitals set forth above are incorporated by reference as though set forth herein at length.

2. The Parties hereby agree, stipulate, and request that the Court dismiss the above-captioned involuntary chapter 7 bankruptcy case pursuant to section 303(j) of the Bankruptcy Code, with each of the Parties to bear its own respective costs and fees.

3. As of the Agreement Date, this Stipulation and all the provisions hereof shall be binding upon and shall inure to the benefit of the Parties and each of their respective executors, heirs, successors, and assigns.

4. This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof, and supersedes any prior agreements and understandings, both written and oral, thereof.

5. The Court shall retain jurisdiction with respect to all disputes or controversies arising from or related to this Stipulation.

6. This Stipulation may be executed by the Parties in separate counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument. This Stipulation may be executed by exchange of facsimile or electronic signatures (in PDF or comparable format), which shall be deemed original signatures.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Russell C. Silberglied* | */s/ Andrew L. Magaziner* |
| **RICHARDS, LAYTON & FINGER, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| Russell C. Silberglied (No. 3462) | Andrew L. Magaziner (No. 5426) |
| Clint M. Carlisle (No. 7313) | Rodney Square 1000 |
| Nicholas A. Franchi (No. 7401) | North King Street |
| One Rodney Square | Wilmington, Delaware 19801 |
| 920 N. King Street | Telephone: (302) 571-6600 |
| Wilmington, Delaware 19801 | Email: amagaziner@ycst.com |
| Telephone: (302) 651-7700 | |
| Facsimile: (302) 651-7701 | |
| Email: silberglied@rlf.com | |
| carlisle@rlf.com | |
| franchi@rlf.com | |
| and | and |
| **PERKINS COIE LLP** | **WINSTON & STRAWN LLP** |
| Paul S. Jasper (admitted *pro hac vice*) | Gregory M. Gartland (admitted *pro hac vice*) |
| 505 Howard Street, Suite 1000 | 35 W. Wacker Drive |
| San Francisco, CA 94105-3204 | Chicago, IL 60601 |
| Telephone: (415) 344-7000 | Telephone: (312) 558-5600 |
| Email: pjasper@perkinscoie.com | Email: ggartland@winston.com |
| and | and |
| Tina N. Moss (admitted *pro hac vice*) | Carey D. Schreiber (admitted *pro hac vice*) |
| 1155 Avenue of the Americas | Emma Fleming (admitted *pro hac vice*) |
| 22nd Floor | 200 Park Avenue |
| New York, NY 10036-2711 | New York, NY 10166 |
| Telephone: (212) 262-6910 | Telephone: (212) 294-6700 |
| Email: tmoss@perkinscoie.com | Email: cschreiber@winston.com |
| | Email: efleming@winston.com |
| *Co-Counsel to Corbin Liquidation LLC* | *Counsel to Kayne Senior Credit III Loanco, LLC* |

*/s/ Maria Aprile Sawczuk*
**GOLDSTEIN & MCCLINTOCK LLLP**
Maria Aprile Sawczuk (DE Bar No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: 302-444-6710
Email: marias@goldmclaw.com

and

**SARACHEK LAW FIRM**
Zachary E. Mazur (admitted pro hac vice)
670 White Plains Road #PH
Scarsdale, New York 10583
Telephone: (646) 517-5420 ext: 106
Email: zachary@saracheklawfirm.com

*Counsel to Petitioners*