## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re** | Chapter 7 |
| **SUNDANCE HOLDINGS GROUP LLC,** | Case No. 25-11274 (KBO) |
| **Alleged Debtor.** | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 14, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, AT THE UNITED STATES BANKRUPTCY <u>COURT FOR THE DISTRICT OF DELAWARE</u>

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

<u>**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**</u>

## I.   <u>MATTER WITH CERTIFICATION OF COUNSEL:</u>

1.   Joint Motion Approving Stipulation by and Between the Petitioners, the Assignee, and the Senior Secured Creditors to Dismiss Involuntary Bankruptcy Proceeding [Docket No. 76 – filed September 22, 2025]

<u>Objection / Response Deadline</u>:          October 7, 2025 at 4:00 p.m. (ET)

<u>Objections / Responses Received</u>:

A.   Objection of Ana Maria Travé / TRG International LLC to Motion to Dismiss [Docket No. 78 – filed October 7, 2025]

B.   Proof of Claim No. 22 [Claim No. 22 – filed October 7, 2025] (the "POC")

<u>Related Documents</u>:

i.   Notice of Withdrawal of Objection [Docket No. 79 – filed October 8, 2025]

ii.    Certificate of Counsel Regarding Joint Motion Approving Stipulation by and Between the Petitioners, the Assignee, and the Senior Secured Creditors to Dismiss Involuntary Bankruptcy Proceeding [Docket No. 80 – filed October 8, 2025] (the "COC")

Status: On October 8, 2025, the Petitioners, the Assignee, and the Senior Secured Creditors submitted a proposed form of order under COC regarding this matter, which noted that the POC had an addendum that purports to be an objection.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

Dated: October 9, 2025
Wilmington, Delaware

/s/ Clint M. Carlisle
**RICHARDS, LAYTON & FINGER, P.A.**
Russell C. Silberglied (No. 3462)
Clint M. Carlisle (No. 7313)
Nicholas A. Franchi (No. 7401)
One Rodney Square
920 N.  King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        silberglied@rlf.com
              carlisle@rlf.com
              franchi@rlf.com

**PERKINS COIE LLP**
Paul S. Jasper (admitted *pro hac vice*)
505 Howard Street
Suite 1000
San Francisco, CA 94105-3204
Telephone:    (415) 344-7000
Email:        pjasper@perkinscoie.com

Tina N. Moss (admitted *pro hac vice*)
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone:    (212) 262-6910
Email:        tmoss@perkinscoie.com

*Co-Counsel to Corbin Liquidation LLC*

2