IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 7 |
| **SUNDANCE HOLDINGS GROUP LLC,** | Case No. 25-11274 (KBO) |
| Alleged Debtor. | Re: Docket No. 81 |

## CERTIFICATE OF SERVICE

I, Clint M. Carlisle, do hereby certify that on October 9, 2025, I caused copies of the following to be served on the attached service list in the manner indicated:

- *Notice of Agenda of Matters Scheduled for Hearing on October 14, 2025 at 1:00 p.m. (ET), Before the Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware* [Docket No. 81]

                                           */s/ Clint M. Carlisle*
                                           Clint M. Carlisle (No. 7313)

**Sundance Holdings Group, LLC, Case No. 25-11274 (KBO)**

**Service List**

*Via Email*

*Counsel for Assignee*
Paul S. Jasper
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
PJasper@perkinscoie.com

*Counsel for Assignee*
Tina M. Moss
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY  10036-2711
TMoss@perkinscoie.com

Rebecca Marston
Perkins Coie LLP
110 North Wacker Drive, 34th Floor
Chicago, IL  60606
RMarston@perkinscoie.com

*Counsel for Petitioning Creditors*
Zachary E. Mazur
Sarachek Law Firm
670 White Plains Rd. FL PH
Scarsdale, NY 10583
zachary@saracheklawfirm.com

*Counsel for Petitioning Creditors*
Maria Aprile Sawczuk
Goldstein & McClintock LLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
marias@goldmclaw.com

*Counsel for Secured Lender*
Andrew L. Magaziner
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware, 19801
amagaziner@ycst.com

*Counsel for Secured Lender*
Gregory Gartland
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
ggartland@winston.com

Carey Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
cschreiber@winston.com

Jane M. Leamy
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

*Counsel for Redford*
Engels Tejeda
Tyler Erickson
Holland & Hart
222 South Main Street, Ste. 2200
SLC, UT 84101
ejtejeda@hollandhart.com
tserickson@hollandhart.com

AnnMarie Howard
General Counsel
Sundance Group, LLC
550 E. 770 N.  Orem, UT 84097
ahoward@thesundancegroup.com

Barry Tyerman
Jackoway Austen Tyerman Wertheimer Mandelbaum Morris Bernstein Trattner Auerbach Hynick Jaime LeVine Sample & Klein
1925 Century Park East, 22nd Floor
Los Angeles, CA 90067-2701
BTyerman@jtwamm.com

*Counsel for Empire State Realty Trust, Inc.*
Frederick B. Rosner, Esq.
Chan Dong, Esq.
THE ROSNER LAW GROUP LLC
824 N. Market St., Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
dong@teamrosner.com

Karen S. Frieman, Esq.
Stern Tannenbaum & Bell LLP
380 Lexington Avenue
New York, NY 10168
kfrieman@sterntannenbaum.com

*Via Email & Overnight Mail*

Jeanmarie Miller
Michigan Department of Treasury
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
millerj51@michigan.gov

*Counsel for Brookfield Properties Retail, Inc. as Agent*
Kristen N. Pate
Brookfield Properties Retail Inc., as Agent
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
bk@bpretail.com

RLF1 33996089v.1

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
fhedin@hedinllp.com

Ana Maria Trave
TRG International LLC
19 Spinnaker Way
Coronado, CA 92118-3265
info@pearlandcaviarusmx.com